

# Fourth Court of Appeals
## San Antonio, Texas

July 9, 2021

No. 04-21-00256-CV

**IN THE INTEREST OF N.A., N.Y.M.H.A. AND D.M.A., CHILDREN**,

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2020PA01667
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

A copy of appellant's notice of appeal was filed in this court on June 23, 2021. In accordance with section 51.017(a) of the Texas Civil Practice and Remedies Code, a notice of appeal must be served on each court reporter responsible for preparing the reporter's record. TEX. CIV. PRAC. & REM. CODE ANN. § 51.017(a).

The clerk of the court notified the appellant in writing that the certificate of service attached to the notice of appeal filed in this appeal does not certify that any court reporter was served. The clerk instructed the appellant to file an amended notice of appeal certifying proper service on the responsible court reporter(s). An amended notice of appeal has not been filed.

It is therefore ORDERED that Misty Deatherage file an amended notice of appeal in compliance with section 51.017(a) on or before **July 19, 2021**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of July, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court